[No. 2623–2.  Division Two.  January 24, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM JOHNSTONE, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 6061, Frank L. Price, J., entered October 18, 1976. *Reversed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 2035–2.  Division Two.  January 25, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. GERALD D. ENQUIST, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 43931, Waldo F. Stone, J., entered September 8, 1975. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.

[No. 2299–2.  Division Two.  January 25, 1978.]

GEORGE H. FLEMING, *Respondent,* v. TOM CARSTENS' PORSCHE/AUDI, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 233406, Thomas A. Swayze, Jr., J., entered February 23, 1976. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, A.C.J., and Soule, J.